**FILED**
DEC 04 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | Magistrate No. 07-621-M-01 |
| Search Warrant Executed at | : | |
| 1334 Valley Place, S.E. | : | UNDER SEAL |
| Washington, D.C. | : | |

## GOVERNMENT'S MOTION TO SEAL
## AFFIDAVIT FOR SEARCH WARRANT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to place under seal until further order of the Court the affidavit for the search warrant in the above-captioned case. In support of this motion, the government states:

1. The sealing of this matter, at this time, is necessitated by the government's ongoing investigation into possible criminal activity. Immediate public disclosure of this affidavit could alert others to the likelihood that they are under investigation, as well as to the sources of information which have been used during the investigation, thereby resulting in impairment of the investigation, destruction of evidence, and/or flight.

2. Accordingly, the government submits that under Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify sealing of the affidavit until: (a) the fact and particulars of the affidavit must be disclosed, pursuant to the government's legal obligations, to counsel for other individuals who

may be arrested in the future; or (b) the government represents that the items covered by this motion can be made public without substantial risk to the safety of defendant or others.

WHEREFORE, the government respectfully requests that this motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
THOMAS E. ZENO
Assistant United States Attorney
D.C. Bar No. 348623
Fraud and Public Corruption Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 514-6957