FILED
DEC 04 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | Magistrate No. 07-621-M-01 |
| Search Warrant Executed at | : | |
| 1334 Valley Place, S.E. | : | UNDER SEAL |
| Washington, D.C. | : | |

ORDER

This matter comes before the Court upon the government's Motion to Seal affidavit for the search warrant in the above-captioned case. For the reasons stated therein, it is this 4th day of December 2007,

ORDERED that the government's Motion to Seal is granted and the affidavit shall be sealed and this Motion and Order shall be sealed until further order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE

Copy to:
Thomas E. Zeno
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530