AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1334 Valley Place SE
Washington, DC 20020

**SEARCH WARRANT**

CASE NUMBER: 07-621-M-01

TO:   Robert L. Werner   and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Special Agent Robert L. Werner  who has reason to believe that ☐ on the person or ☒ on the premises known as  (name, description and or location)

See Attachment A which is attached hereto and incorporated fully by reference herein.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B which is attached hereto and incorporated fully by reference herein.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before   _December 14, 2007_
                                                                                                (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

DEC 04 2007

Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

_/s/ John M. Facciola_
Signature of Judicial Officer
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12/04/2007 | 12/05/2007 AT 6 AM | DONNA J. ISHMELL |

INVENTORY MADE IN THE PRESENCE OF  DONNA J. ISHMELL

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

SEE ATTACHED ~~RECEIPTS FOR~~ ⁀LIST OF PROPERTY SEIZED (8 PAGES)

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

X _____

FILED
DEC 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____   12/12/07
U.S. Judge or U.S. Magistrate Judge      Date

# ITEMS SEIZED FROM 1334 VALLEY PLACE SE, WASHINGTON, DC 20020 ON DECEMBER 5, 2007

RCN phone bill for Kimberly Ishmell

July 9, 2007 notice from GEICO to Anthony and Donna Ishmell re: cancellation for nonpayment of premium

November 7, 2007 letter from GEICO to Anthony Ishmell advising him that check used to pay policy premium was returned for insufficient funds

MD license plate 5DHD42

Steven Ishmell insurance papers from Senate Insurance Ageny, Inc; referencing MAIF policy FF87156

November 6, 2007 from Allstate to Steven Ishmell; 3501 Hubbard Road #203, Hyattsville, MD 20785 re: new policy

Repair Order Book for Grahams Body Shop, 1736 S. Commerce Street, Alexandria, VA 22314 documenting towing and repairs to vehicles owned by Christina Ishmell and Steven Ishmell

Letter from TSA to Kimberly Ishmell notifying her that her application for Transportation Security Officer has been completed.

10/22/2007 State Farm policy declarations page for Kimberly Ishmell for her 2008 Hyundai Sonata, VIN 5NPET46C28H330680

September 1, 2007 Month to Month rental agreement between Carlene Young, landlord of 1425 Euclid Street NW Washington DC and Anthony Ishmell of 1739 Village Green Drive (note: Carlene Young is the same name on the phony letter re Dana Green and Allied Security)

Paper with writing, example: 1112 BX50; 1222 ST50 BX50...

Blank forms from Howard University Hospital, Department of Surgery; Verification of Office Visit, certifying that (blank) was seen in my office on (blank) to verify that patient can return to work/school on (blank).

Washington DC DL # 246136499 for Donna Jean Ishmell issued 02/25/2000

"IDentification Card" for Daniel A Coste

Handwritten Bill of Sale for 1995 Plymouth Acclaim VIN 3P3AA4637ST510636 sold to Keanna Ishmell (240)432-3577, for $550 on August 8, 2006 by P.E. Lacy.

Kelata Jean Ishmell card with writing on back

Birth Certificate for Phyllis Demetria Greene

Birth Certificate for Dwayne Antwon Greene

01/26/2002 receipt for title issued to Steven Antonio Ishmell, 1837 S Commerce Street, Alexandria, VA 22314 re: VIN 2MECM74F1MX613954

Money Mart photo ID membership card for Donna Ishmell

1993 DC Medical Assistance Authorization Card for Dorothy A. Carter

Enterprise rental contract for Marybeth Doughty

Eureka Van and Storage Company paystub for Steve W. Ishmell

Letter from NASA Federal Credit Union to Steven Ishmell at 1334 Valley Place advising that a $316 check to Allstate was returned for insufficient funds

Letter to DC DMV driver's license supervisor requesting for non-driver's ID for William Ishmell

June 2007 Disability Certificates from Howard University Physicians Dept of Surgery for William Ishmell, employer: Eureka, discussing June treatment and restrictions for Ishmell

March 19, 2007 Excuse Slip and Disability Certificate for William Ishmell from Gary Dennis, MD, Howard University Physicians stating that Ishmell was on bed rest from March 19 to March 27

April 19, 2007 Excuse Slip and Disability Certificate for William Ishmell from Gary Dennis, MD, Howard University Physicians stating that Ishmell was under physician's care from March 19 to May 4

Case 1:07-mj-00621-AK   Document 4   Filed 12/12/2007   Page 5 of 10

May 8, 2007 Excuse Slip and Disability Certificate for William Ishmell from Gary Dennis, MD, Howard University Physicians stating that Ishmell was under physician's care from May 8 to May 14

Mail from GEICO to Anthony Ishmell (to 615 Franklin then forwarded to 1334 Valley Place)

Letter from Credit Acceptance to Dana Greene offering to reduce her outstanding balance on account # 1610235 by 60 percent.

June 11, 2007 Medical Certificate from Eric M. Chang, M.D., Dept of Emergency Medicine, Washington Hospital Center, advising that William Ishmell can return to work on June 13, 2007

06/21/2007 Adverse Action Letters from DC Development Corporation, Asst. Property Manager related to applications submitted by to Kelata Ishmell and Paul Brown based on consumer report information

November 6, 2007 letter from Allied Interstate to Steven Ishmell at 1334 Valley Place advising that Sprint has given authorization to collect $130.83

Social Security card for Mekhi Allen

11/21/07 letter from DC Rehabilitation Services Administration to Dana L Greene for Derrick Andrew Ishmell (07/26/1989) re: Notice of Disability Examination. Social Security Administration sent disability claim to DC for a decision.

2003 VA registration for 1982 Olds owned by Derrick Andrew Ishmell, North Taylor Steet, Arlington, VA

GEICO policy info for Anthony and Donna Ishmell re: 05/21/2007 policy

Blank Howard University Physicians Department of Surgery Disability Certificates

Howard University Physicians Department of Surgery Disability Certificate for Anthony Ishmell stating that he was under physician's care from 11/06/2007 to 11/13/2007.

March 27, 2007 Excuse Slip and Disability Certificate for William Ishmell from Gary Dennis, MD, Howard University Physicians stating that William Ishmell was under physician's care from March 27 to April 9.

Page 3 of 8

Handwritten note with DL; SOC; DOB information

FCPD accident exchange of info form for 04/25/2007 accident with Steven John Kordell at Old Gallows Road

May 2007 Precision Insurance (Progressive) bill for Kelata Ishmell, policy # 16938068-0

GEICO packet with policy information for Keanna Ishmell and 1995 Ford Contour, VIN 3FALP6535SM108800

Brianna Alexis Greene Social Security Card

Paper with handwritten notes re: Derrick Ishmell employment at Tysons Corner Marriott

DC birth certificate for Brianna Alexis Greene

DC birth certificate for Mekhi Antonio Ishmell Allen and Steven Antonio Ishmell

Title to 1986 Dodge truck VIN 2B6HB23T6GK606480

Blue hardcover record book with writing on pages

MD license plate 9CVG63

DC temp tag K12032; GEICO policy cards for Anthony & Donna's Toyota

Signed Department of Surgery form, Verification of Office Visit, certifying that Derrick Ishmell was seen in office on 11-15-07 and can return to work/school on 11-18-07

Letter from NASA Federal Credit Union to Steven Ishmell at 1334 Valley Place advising that a $393.73 check to Avis Rent-A-Car was returned for insufficient funds

Letter from Bank of America to Christina Ishmell and Dana Greene noting that they have had problems using their BOA card at an ATM

GEICO insurance information for Anthony and Donna Ishmell

November 6, 2007 Letter from DC Housing Authority to Donna Ishmell, 1334 Valley Place, advising that the monthly contract rate is $2400 and that the required tenant rent is $196 (with Section 8 paying $2204 to the landlord)

11/28/2007 letter from DCDMV to Dana Greene at 8804 Surveyors Place, Springfield, VA re: notice of hearing scheduled on 01/14/2008 at 10 AM for parking ticket issued 11/21/2007

GEICO policy cards for Anthony and Donna Ishmell for 86 Dodge Ram Van

Capital Access card for Derrick Ishmell

GEICO insurance cards

Birth certificate for Lawrence Ishmell

Enterprise rental agreement for Anthony Ishmell dated 06/15/2007

Virginia driver's license for Dana L M Greene; issued 01/09/2007

Social Security card for Derrick Andrew Ishmell

Vehicle Towing and Repair Order book

Kimberly and Steven Ishmell W-2 for 2006

08/19/07 GEICO estimate of record for Anthony Ishmell's 1994 Mazda

05/24/2006 estimate for Kimberly Ishmell's 1990 Mercury Grand Marquis, VIN 2MECM75F2LX621378

Title for 1990 Chevrolet r/t Dana L M Greene, 303 Cartwright Ct, Emporia VA 23847

Jackson Hewitt Tax Service, WDC, Tax information for Dana Greene (2002) return and Kelata Ishmell

Apparently altered WDC driver's license issued 03/18/1997 for Joseph Garner; 1212 Park Rd NE Washington, DC 20010

Government of the District of Columbia Department of Human Services photo ID card for Anthony Ishmell

VADL for Dana LM Greene issued 12/30/2004

Derrick Ishmell; DOB 01/27/1967 MPD ID tag

Eureka Van and Storage Invoice for William Ishmill (sic) dated 05/19/2006

Eureka Van and Storage pay stubs for Steve W. Ishmell

Handwritten note - Accident dated Oct 29; Tina Jones; with claim information

Handwritten note from Carlene Harris dated 12/12/2006 stating that William Ishmell lives with her at 1425 Euclid St NW WDC 20009.

Handwritten note from Mr. and Ms Michael Graham, phone: (703)786-9377, dated 11/30/2005 stating that Dana Greene works for them as a baby sitter making $425 every two weeks.

Social Security Administration, Social Security Number Verification for Anthony Ishmell

Eureka Van & Storage letter, signed by Dana Greene, stating that Derrick Ismell (sic) was injured in a March 20, 2005 accident (and the same letter in various stages of alteration - sequence of making the one signed, phony letter)

Student ID cards for Daniel Shuler, Jr

Script for 05/13/2006 accident with Humberto Morrell-Mora

DC registration certificate and GEICO insurance cards for 1989 Toyota 000402 r/t Anthony and Donna Ishmell

DC registration certificate for 1995 Ford, VIN 3FALP6535SM108800 r/t Anthony Ishmell, Jr

GEICO rental voucher for 10/31/07 estimate for Customer Anthony Ishmell, adjuster: Eric Berry

DCDMV receipt for title and registration for 1989 Toyota 000402

Letter to Dana Greene, Surveyors Place, from law firm (acting as a debt collector) regarding failed payments on loan from Ford Motor Credit Company, account no: 48063000000022632180

10/19/07 letter from GEICO to Anthony and Donna Ishmell noting the large number of returned checks on their account in the last 6 months

Sprint bill for Iseven Ishmell

Photo of maroon Lincoln with VA tag YJM-9843

Photo of blue Pontiac with VA tag JJC-6148

Photo of lt blue Mercury with VA tag YKB-3958

From Ameriprise Auto & Home Insurance; IDS Property Casualty Insurance Company, De Pere, WI; check stubs for payments made to Kelata Ishmell under bodily injury liability coverage in settlement of claim on 09/05/2007 - claim number 862842; insured: Joseph Beach. Both checks dated 10/01/2007 each for $200

Letter from DC Dept HHS to Dana L Greene re. case number 283885 notifying her that she is disqualified from the temp assistance to needy families program from 12/1/05 to 5/31/06 because she was convicted of fraud in connection with receiving TANF benefits

VA marriage register for groom: Eric Bediako Lokko and Dana Latanya Greene, marriage license issued July 20, 2004.

Typed list of 150 "Immigration Questions" with handwritten "arrested April 3, 2005 DUI, dismissed with time serve - 4 days in jail"

Deferred Sentencing Agreement - District of Columbia v Dana L Greene re: two counts of fraud in obtaining public assistance in violation of DC code section 4-218.01(a).

Westwood College folder for Dana Greene

Virginia Return Recap for Dana L. Greene

Verizon bill for Dana Greene

Verizon bill for Teresa Greene

06/24/2005 GEICO estimate for 1989 Chevy Caprice 130004, for Dana Greene, Emporia, Virginia, and rental voucher

Department of Surgery Verification of Office Visit for Derrick Ishmell for 11/20/2007-11/23/2007

Chase credit card application denial letter sent to Nia Jacobs, 1334 Valley Place SE

Check payable to Enterprise Rental Car

Anthony Ishmell, Jr. check book

Bank of America credit cards (Dana Greene, Anthony Ishmell, Jr; Cristina Ishmell (2)

Mostly full box of 38 caliber ammunition (turned over to MPD Detective)