

**FILED**

**MAY 0 8 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | : |
| | : MAGISTRATE NO: 07-621-M-01 |
| SEARCH WARRANT EXECUTED | : |
| AT 1334 VALLEY PLACE, S.E. | : <u>UNDER SEAL</u> |
| WASHINGTON, DC | : |
| _____ | : |

## <u>GOVERNMENT'S MOTION TO UNSEAL</u>

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court to unseal the case, including the Search Warrant, the accompanying Affidavit in Support of a Search Warrant, this Motion to Unseal, and this Court's Order sealing the aforesaid documents. In support of this motion, the United States represents the following:

The affidavit, warrant and Order in this case were sealed because they contained sensitive law enforcement information regarding an ongoing criminal investigation. Now that a grand jury has returned in indictment in the case and arrests have been made, there is no further reason to keep the case under seal.

WHEREFORE, the government respectfully requests that this motion be granted.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                UNITED STATES ATTORNEY
                D.C. Bar No. 498610

By:     /s/
                Jonathan Haray, D.C. Bar. No. 480140
                Assistant United States Attorney
                Fraud & Public Corruption Section
                555 Fourth Street, NW
                Washington, DC  20530
                (202) 353-2877
                jonathan.haray@usdoj.gov

                Thomas E. Zeno, D.C. Bar No. 348623
                Assistant United States Attorney
                Fraud & Public Corruption Section
                555 Fourth Street, NW
                Washington, DC  20530
                (202) 514-6957
                thomas.zeno@usdoj.gov