UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: :
: MAGISTRATE NO: 07-621-M-01
SEARCH WARRANT EXECUTED :
AT : UNDER SEAL
WASHINGTON, DC :
:

**FILED**

MAY 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Government's Motion to Unseal, it is,

HEREBY ORDERED that the Motion shall be, and hereby is,

GRANTED, and the materials in this case, including the Affidavit in Support of Search Warrant, the Search Warrant, the Government's Motion to Seal, the Government's Motion to Unseal, and this Court's Order to Seal, shall be UNSEALED.

Dated May 12, 2008

MAGISTRATE JUDGE
United States District Court
District of Columbia

cc:   Jonathan Haray
      Assistant United States Attorney
      Fraud & Public Corruption Section
      555 Fourth Street, NW, Rm. 5838
      Washington, DC  20530
      (202) 353-2877
      jonathan.haray@usdoj.gov